IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SEAN GODKIN,**

   **Plaintiff,**

v.                                                                          No. 14-cv-1169 MV/SMV

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER, FNU VIGIL, FNU ALLEN,
FNU GUILLARDO, FNU MARTINEZ,**

   **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint on December 31, 2014. [Doc. 1]. Plaintiff then filed a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. [Doc. 2]. The Court determines that Plaintiff's motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915, [Doc. 2], is deficient because **it is missing the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing**. *See* 28 U.S.C. § 1915(a)(2). Plaintiff is directed to cure this deficiency if he wishes to pursue his claims. Papers that Plaintiff files in response to this order must include the civil action number (14-cv-1169 MV/SMV) of this case.

Failure to cure the designated deficiency **within 30 days** from entry of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above within **30 days** from the date of this order;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms:   2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs and Financial Certificate.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**